IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CHARLES HUMES                                                                                    PETITIONER

v.                                    NO. 2:15-cv-00109 JLH

C.V. RIVERA, Warden,                                                                         RESPONDENT
F.C.I. Forrest City, Arkansas

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent C.V. Rivera.

IT IS SO ORDERED this 20th day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE